UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NATHAN MILLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>M J RECOVERY, a business entity of unknown form; CHERYL ANNE GOODWIN, aka CHERYL PARLEE, an individual; GERARDO SHARROCK, an individual; AMBROSIO SEVESES, an individual; CHASE AUTO FINANCE CORP., a Delaware corporation; CITY OF TRACY, a California municipal corporation; S. FLORES, an individual whose first name is unknown; T. ZUNIGA, an individual whose first name is unknown; Officer REYNA, an individual whose first name is unknown; DAVID KRAUSS, an individual, in his official capacity as the Police Chief; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 08-CV-01606-JAM-GGH<br><br>**ORDER DISMISSING SECOND AMENDED COMPLAINT AS TO DEFENDANT CHASE AUTO FINANCE CORP., WITH PREJUDICE** |

On September 17, 2008, at the hour of 9:00 a.m., Chase Auto Finance Corp.'s Motion to Dismiss Second Amended Complaint -- Second Cause of Action came on regularly for hearing before the Honorable John A. Mendez. Carl P.A. Nelson appeared as counsel of record for plaintiff Nathan Miller. Wendy C. Krog appeared as counsel of record for defendant Chase Auto Finance Corp. Good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      Chase Auto Finance Corp.'s motion to dismiss the second cause of action as

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

PDF created with pdfFactory trial version www.pdffactory.com

against Chase is hereby GRANTED as follows:

    a.    The claim for relief against Chase Auto Finance Corp. under the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., is barred by the one-year statute of limitations set forth in 15 U.S.C. § 1692k(d);

    b.    The claim for relief against Chase Auto Finance Corp. under the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788 et seq., is barred by the one-year statute of limitations set forth in.§ 1788.30(f) thereof;

    c.    The claim for relief against Chase Auto Finance Corp. under the California Collateral Recovery Act, California Business & Professions Code § 7500 et seq., is barred by the provisions of § 7507.13 thereof, which states, in pertinent part, "The legal owner… is not liable for any act or omission by a licensed repossession agency";

    d.    Under *Acri v. Varian Associates, Inc.*, 114 F.3d 999 (9th Cir. 1997), the Court declines to exercise its supplemental jurisdiction under 28 U.S.C. § 1367(c) over the claim for relief against Chase Auto Finance Corp. under California Civil Code Section 2983.2.

2.    The second amended complaint is accordingly DISMISSED WITH PREJUDICE as to defendant Chase Auto Finance Corp., except for the claim under California Civil Code Section 2983.2, which is DISMISSED WITHOUT PREJUDICE, pursuant to *Reynolds v. County of San Diego*, 84 F.3d 1162, 1171 (9th Cir. 1996), to allow plaintiff to file this claim against Chase in state court, if he chooses.

3.    Pursuant to Fed. R. Civ. P. 54(d), Chase Auto Finance Corp., as the prevailing party, may recover its reasonable costs.

Date: October 3, 2008

        /s/ John A. Mendez  
        THE HONORABLE JOHN A. MENDEZ  
        DISTRICT COURT JUDGE

APPROVED AS TO FORM:

BOLD, POLISNER, MADDOW, NELSON & JUDSON

By:    **/s/** Carl P.A. Nelson                     Date: October 2, 2008  
Attorneys for Plaintiff Nathan Miller

PDF created with pdfFactory trial version www.pdffactory.com