UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NATHAN MILLER, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>M J RECOVERY, a business entity of unknown form; CHERYL ANNE GOODWIN, aka CHERYL PARLEE, an individual; GERARDO SHARROCK, an individual; AMBROSIO SEVESES, an individual; CHASE AUTO FINANCE CORP., a Delaware corporation; CITY OF TRACY, a California municipal corporation; S. FLORES, an individual whose first name is unknown; T. ZUNIGA, an individual whose first name is unknown; Officer REYNA, an individual whose first name is unknown; DAVID KRAUSS, an individual, in his official capacity as the Police Chief; and DOES 1 through 25, inclusive,<br><br>  Defendants. | CASE NO.  08-CV-01606-JAM-GGH<br><br>**JUDGMENT** |

   The Court, having granted on October 3, 2008, defendant Chase Auto Finance Corp.'s Motion to Dismiss the Second Cause of Action,

   1.   Judgment is hereby entered in favor of defendant Chase Auto Finance Corp, and against plaintiff Nathan Miller dismissing the above-entitled action with prejudice as to defendant Chase Auto Finance Corp., except for the claim under California Civil Code Section 2983.2, which is dismissed without prejudice, to allow plaintiff to file this claim against Chase in state court, if he chooses.

PDF created with pdfFactory trial version www.pdffactory.com

2. Chase Auto Finance Corp. shall recover its taxable costs.

Date: October 6, 2008

    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
DISTRICT COURT JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

RC1/5191944.1/WK1     - 2 -

ORDER DISMISSING SECOND AMENDED COMPLAINT AS TO DEFENDANT CHASE AUTO FINANCE CORP., WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| CASE NAME: | *Miller v. M J Recovery, et al.* |
| ACTION NO.: | 08-CV-01606-JAM-GGH |

1. At the time of service I was over 18 years of age and not a party to this action and a Citizen of the United States.

2. My business address in 201 Spear Street, Suite 1000, San Francisco, CA 94105.

3.) On October 3, 2008 I served the following documents:

**[PROPOSED] JUDGMENT**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

> Carl P.A. Nelson, Esq.
> Bold, Polisner, Maddow, Nelson & Judson
> 500 Ygnacio Valley Road, Suite 325
> Walnut Creek, CA 95496
> Tel: (925) 933-7777

5. I served the documents by the following means:

   a. ý By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   b. ¨ By ECF transmission. Pursuant to the Eastern District of California e-filing procedures.

   c. ¨ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

   d. ¨ By messenger: I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a messenger for service. (Separate declaration of personal service to be provided by the messenger.)

   e. ¨ By fax transmission: Based on an agreement between the parties and in conformance with Fed. Rules Civ. Proc. rule 5, and/or as a courtesy, I faxed the documents to the persons at the fax numbers listed in item 4. (Separate Proof of Transmission by Fax to be provided.)

RC1/5191944.1/WK1                       - 1 -

PROOF OF SERVICE

PDF created with pdfFactory trial version www.pdffactory.com

1  I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.
2
3 Date:  October 3, 2008
4
5 Anna Castagnozzi Bush                              /s/ Anna Castagnozzi Bush
   Type Name                                         Signature

PDF created with pdfFactory trial version www.pdffactory.com