IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN MILLER, an individual, | |
| Plaintiff, | No. CIV S-08-1606 KJM GGH |
| vs. | |
| M J RECOVERY, a business entity of unknown form; CHERYL ANNE GOODWIN, aka CHERYL PARLEE, an individual; GERARDO SHARROCK, an individual; AMBROSIO SEVESES, an individual; CHASE AUTO FINANCE CORP., a Delaware corporation; CITY OF TRACY, a California municipal corporation; S. FLORES, an individual whose first name is unknown; T. ZUNIGA, an individual whose first name is unknown; Officer REYNA, an individual whose first name is unknown; DAVID KRAUSS, an individual, in his official capacity as the Police Chief; and DOES 1 through 25, inclusive, | |
| Defendants. | ORDER TO SHOW CAUSE |

Despite having indicated in July 2010 that he would be seeking entry of default judgment, plaintiff has not filed the motion required to resolve the default judgment question. See FED. R. CIV. P. 55(b)(2); Local Rule 302(c)(19). Plaintiff is directed to show cause within

/////

1

fourteen days of the date of this order why this action should not be dismissed for lack of prosecution.  FED. R. CIV. P. 41(b).

        IT IS SO ORDERED.

DATED: February 14, 2011.

                                            UNITED STATES DISTRICT JUDGE

2/mill1606.osc